**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 142 EAL 2022

           Respondent            :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                        :

                                 :

ERNEST ADKINS,                    :

                                 :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2022, the Petition for Allowance of Appeal is

**DENIED**.